**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1349

_____

Gary Pelton,                              *
                                          *
             Appellant,                   *
                                          *  Appeal from the United States
      v.                                  *  District Court for the
                                          *  District of Minnesota.
                                          *
Wal-Mart Stores, Inc.,                    *         [UNPUBLISHED]
                                          *
             Appellee.                    *

_____

Submitted: October 24, 1997
   Filed: December 19, 1997

_____

Before McMILLIAN and BEAM, Circuit Judges and WEBB,[1] District Judge.

_____

PER CURIAM.

       Gary Pelton appeals from the district court's[2] adverse entry of summary judgment in this action for injuries sustained at a business owned and operated by Wal-Mart

_____

[1]The Honorable Rodney S. Webb, Chief Judge, United States District Court for the District of North Dakota, sitting by designation.

[2]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

Stores, Inc.  Having carefully reviewed the record and the parties' briefs, we conclude that the district court did not err.  Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.